STATE OF CONNECTICUT *v.* RAY CHARLES WRIGHT

The defendant's petition for certification for appeal from the Appellate Court, 46 Conn. App. 616 (AC 15773), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the legislative classification of larceny in the second degree, in violation of General Statutes § 53a-123 (a) (3), as a

class C felony, and robbery in the third degree, in violation of General Statutes § 53a-133, as a class D felony does not violate the defendant's right to equal protection of the laws under the federal or state constitution?"

The Supreme Court docket number is SC 15816.

*William J. Shea,* in support of the petition.

*Michael E. O'Hare,* deputy assistant state's attorney, in opposition.

Decided November 6, 1997